[No. 6219-8-III.   Division Three.   February 5, 1985.]

EDWARD WHITE, ET AL, *Respondents*, v. HOWARD
R. McBRIDE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 83-2-01442-0, B. J. McLean, J. Pro
Tem., entered October 28, 1983. *Affirmed* and *remanded* by

unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.